# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:20-cr-55-JA-PRL

XAVIER SIMS

_____

## ORDER

This case is before the Court on Defendant's Motion to Suppress Firearm, Ammunition, and Statements (Doc. 24). United States Magistrate Judge Philip R. Lammens conducted a hearing on the matter and submitted a Report (Doc. 46) recommending that the motion be denied. Defendant objected to the Report (Doc. 56). The Government responded to Defendant's objections and concurred with the Report. (Doc. 58).

The Court performed a *de novo* review of the entire record in this matter. That record consists of the transcript of the hearing and the exhibits offered in evidence. Having conducted the *de novo* review, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore it is **ORDERED** as follows:

1. Defendant's Objections to the Report and Recommendation (Doc. 56) are overruled.

2. The Report and Recommendation (Doc. 46) is adopted and confirmed and made a part of this Order.

3. Defendant's Motion to Suppress Firearm, Ammunition, and Statements (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on February 12th, 2021.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant